MHN

**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

FILED
SEP - 2 2008
9-2-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | BENNY L. WILLIS | **Defendant(s):** | PEOPLE OF THE STATE |
| **County of Residence:** | WILL | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Benny Willis
CIMIS# 7811
Will County - WCF
95 South Chicago Street
Joliet, IL 60436

Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph, 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☐ 2. U.S. Government Defendant
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 4. Diversity

**08CV4982**
**JUDGE PALLMEYER**
**MAG. JUDGE COX**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas Corpus

**Cause of Action:** 28:2254

**Jury Demand:** ☐ Yes  ☑ No

**Signature:** *[signature]*    **Date:** 9/2/08